UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFF WITHROW and KEVIN NESTOR, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | No. 2:19-cv-13214-LJM-KGA <br><br> Hon. Laurie J. Michelson |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A(ii) and 41(a)(1)(B) and stipulation by the Parties, Plaintiffs hereby dismiss the above-captioned case without prejudice. The Parties have also entered into a tolling agreement, attached hereto as Exhibit A.

## **ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: March 31, 2023

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

Plaintiffs Jeff Withrow and Kevin Nestor ("Plaintiffs") and Defendant FCA US LLC "(Defendant") (collectively "the Parties") enter into this Tolling Agreement, as set forth herein.

1. The Parties have conferred and agree that Plaintiffs shall file a Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A(ii) and 41(a)(1)(B), and that Plaintiffs' claims shall be tolled as set forth herein.

2. The Parties agree that the statute of limitations applicable to Plaintiffs' pending claims in this action are tolled from the date of this Stipulation for a period of twelve months (the "Tolling Period").

3. The Parties agree that the execution of this Tolling Agreement shall not constitute a waiver or limitation of any rights of any Party that existed at the time of its execution, nor of any defenses of any Party that existed at that time. The Parties further agree that this Tolling Agreement is not intended to waive or limit, and does not constitute a waiver or limitation of, any legal or equitable defense based on the passage of time that might be relied upon by Defendant in defending an action by Plaintiffs, including but not limited to any applicable statute of limitations, statute of repose, the doctrine of laches, waiver, or estoppel, or any other defense existing at the time Plaintiffs' First Amended Class Action Complaint ("FAC") was filed (ECF No. 26). Nor shall this Tolling Agreement

revive existing claims, if any, that have expired under the applicable statutes of limitations prior to the filing of the Complaint. The Parties explicitly retain all rights, claims, and defenses in this action applicable as of the date of this Stipulation.

4. The Parties agree to bear their own fees and costs in connection with this Stipulation.

**STIPULATED AND AGREED TO BY:**

DATED: March 31, 2023          HAGENS BERMAN SOBOL SHAPIRO LLP

 *s/ Steve W. Berman*
Steve W. Berman
Jerrod C. Patterson
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com

E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile:  (248) 652-2852
epm@millerlawpc.com

Andrew Parker Felix, Esq.
MORGAN & MORGAN, P.A.
20 North Orange Ave., Ste. 1600
P.O. Box 4979
Orlando, FL 32801
Telephone: (407) 244-3204
Facsimile: (407) 245-3334
Andrew@forthepeople.com

*Counsel for Plaintiffs and the Proposed Class*


THOMPSON COBURN LLP
By: */s/ Thomas L. Azar, Jr. (by consent)*
Kathy A. Wisniewski (MO/38716)
Stephen A. D'Aunoy (MO/54961)
Thomas L. Azar, Jr. (MO/56634)
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
kwisniewski@thompsoncoburn.com
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com

KING & ASSOCIATES, PLLC
Stephen W. King (P56456)
355 S. Old Woodward, Suite 100
Birmingham, Michigan 48009
(248) 792-2398
sking@kingandmurray.com

*Attorneys for Defendant FCA US LLC*